IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SAMANTHA A. FERRERO,

       Plaintiff,                  Case No.: 20-cv-794

    v.

SHAWANO SCHOOL DISTRICT,

       Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Samantha A. Ferrero, and Defendant, Shawano School District, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.

Dated: August 6, 2021        **HAWKS QUINDEL, S.C.**
*Attorneys for the Plaintiff, Samantha A. Ferrero*


By:   */s/ Nicholas E. Fairweather*
Nicholas E. Fairweather, State Bar No.: 1036681
Email: nfairweather@hq-law.com
Hayley I. Archer, State Bar No.: 1101459
Email: harcher@hq-law.com
409 East Main Street
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

Dated: August 6, 2021

**STRANG, PATTESON, RENNING, LEWIS & LACY, S.C.**
*Attorneys for Defendant, Shawano School District*


By: /s/ Jenna E. Rousseau
Geoffrey A. Lacy, State Bar No.: 1041465
Email: glacy@strangpatteson.com
Jenna E. Rousseau, State Bar No.: 1065236
Email: jrousseau@strangpatteson.com
205 Doty Street, Suite 201
Green Bay, WI 54301
Telephone: (844) 833-0828
Facsimile: (608) 333-0828